United States District Court
Middle District of Florida
Jacksonville Division

**SHERVONDA TAYLOR,**

*Plaintiff,*

v.                                                                    NO. 3:24-cv-20-HES-PDB

**THE WILTON BUSINESS GROUP, INC.,**

*Defendant.*

___

# Order

The plaintiff's motion for default judgment, Doc. 19, is **denied without prejudice**. Under Rule 55(a), Federal Rules of Civil Procedure, default is required before entry of default judgment. No default has been entered.

The plaintiff may apply for default by **April 2, 2025**.

**Ordered** in Jacksonville, Florida, on March 19, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   The Wilton Business Group, Inc.
     9236 Wilton Avenue West
     Jacksonville, FL 32208