United States District Court
Middle District of Florida
Jacksonville Division

**SHERVONDA TAYLOR,**

*Plaintiff,*

v.                                                                    NO. 3:24-CV-20-HES-PDB

**THE WILTON BUSINESS GROUP, INC.,**

*Defendant.*

# Order

Shervonda Taylor filed the complaint on January 6, 2024. Doc. 1. After discharging an order to show cause why the case should not be dismissed for failure to timely file proof of service and otherwise prosecute the action, the Court allowed Taylor to apply for default by March 14, 2025. Doc. 17.

Instead of applying for default, Taylor moved for default judgment. Doc. 19. The Court denied the motion without prejudice and extended the time to apply for default. Doc. 20. Taylor timely applied for default. Doc. 22. The Court denied the application without prejudice on April 15, 2025. Doc. 23. The Court explained that the motion failed to include a memorandum of law showing that service of process was proper, the motion was more akin to a motion for default judgment, and the record suggested that Taylor had not properly served process. Doc. 23. The Court concluded: "For default, Taylor must file a motion and legal memorandum in a single document analyzing the current law on service of process and showing proper service of process. The deadline to apply for default is extended to May 5, 2025." Doc. 23 at 2. Since the Court's denial of the application, Doc. 23, Taylor has filed nothing.

"Within twenty-eight days after a party's failure to plead or otherwise defend, a party entitled to a default must apply for a default." Local Rule 1.10(b). "Failure to comply with a deadline in this rule can result in dismissal of the claim or action without notice and without prejudice." Local Rule 1.10(d). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

The deadline to apply for default was May 5, 2025. Doc. 23. By **May 21, 2025**, Taylor must apply for default and show cause why the case should not be dismissed for failure to prosecute. Any renewed application for default must comply with the Court's April 15 order, Doc. 23. Failure to timely comply will result in a recommendation of dismissal without prejudice.

**Ordered** in Jacksonville, Florida, on May 7, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2